**CEM**
**FILED**
**OCTOBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6395**

**JUDGE NORGLE**

A CERTIFIED TRUE COPY

OCT 29 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 11 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

MDL No. 1604

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-45)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 70 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

MDL No. 1604

## SCHEDULE CTO-45 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

TEXAS NORTHERN
    TXN  3  07-1571        Robert Armstrong v. Ocwen Loan Servicing LLC, et al. — 07CV6393

TEXAS WESTERN
    TXW  5  07-775         Gordon W. Peters, et al. v. Ocwen Loan Servicing, LLC — 07CV6394
    TXW  6  07-297         Theresa M. Traina v. Ocwen Loan Servicing LLC, et al. — 07CV6395