**FILED**
**NOVEMBER 16, 2007** CEM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**

**OCTOBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**07 C 6395**

A CERTIFIED TRUE COPY

OCT 2 9 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

NOV 13 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

MDL No. 1604

(SEE ATTACHED SCHEDULE)

JUDGE NORGLE

## CONDITIONAL TRANSFER ORDER (CTO-45)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 70 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 2 9 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION                                              MDL No. 1604

### SCHEDULE CTO-45 - TAG-ALONG ACTIONS

__DIST. DIV. C.A. #__          __CASE CAPTION__

TEXAS NORTHERN
    TXN  3  07-1571       Robert Armstrong v. Ocwen Loan Servicing LLC, et al. — 07CV6393

TEXAS WESTERN
    TXW  5  07-775        Gordon W. Peters, et al. v. Ocwen Loan Servicing, LLC — 07CV6394
    TXW  6  07-297        Theresa M. Traina v. Ocwen Loan Servicing LLC, et al. — 07CV6395

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CIVIL DOCKET FOR CASE #: 6:07-cv-00297-WSS

# Internal Use Only

Traina v. Ocwen Loan Servicing, LLC et al
Assigned to: Honorable Walter S. Smith
Case in other court: 169th Judicial District Court of Bell
County, 224763-C
Cause: 28:1331(a) Fed. Question: Real Property

Date Filed: 09/12/2007
Date Terminated: 11/13/2007
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Theresa M. Traina**    represented by    **Edward Carstarphen**
Ellis Carstarphen Dougherty &
Goldenthal, PC
5847 San Felipe
Suite 1900
Houston, TX 77057
(713) 647-6800
Fax: 713/647-6884
Email: emc@ECDGLAW.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Oliver**
Pipkin, Oliver & Bradley, L.L.P.
1020 N.E. Loop 410
Suite 810
San Antonio, TX 78209
(210)820-0082
Fax: 210/820-0077
Email: wholiver@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ocwen Loan Servicing, LLC**    represented by    **Lindsay L. Stansberry**
*As Successor by Merger with Ocwen*    Cowles & Thompson, P.C.
*Federal Bank, FSB*    100 E. Ferguson, Ste. 1202
Tyler, TX 75702
(903)596-9000
Fax: 903/596-9005

Case 1:07-cv-06395    Document 8    Filed 11/16/2007    Page 4 of 5

Email:
lstansberry@cowlesthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Douglas Cronenwett**
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793
(214)672-2159
Fax: 214/672-2359
Email:
mcronenwett@cowlesthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Bank, N.A.**
*as Trustee, Successor by Merger to*
*Firstar Bank, N.A., as Trustee for New*
*Century Home Equity Loan Trust,*
*Series 2000-NC1*

**Defendant**

**Unknown Holders and/or Owners of**
**Residual Interest in Securitization of**
**the New Century Home Equity Loan**
**Trust**
*Series, 2000-NC1*

**Defendant**

**Kenneth Strickland**
*Substitute Trustee*

**Defendant**

**Baxter & Schwartz, P.C.**      represented by  **Don Thomas Schwartz**
Attorney at Law
1821 Mons Street
Rosenberg, TX 77471
(281)342-2806
Email:
schwartz_kalinowski@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2007 | 🌐1 | NOTICE OF REMOVAL (Filing fee $350 receipt number 410407), filed by Ocwen Loan Servicing, LLC, U.S. Bank, N.A.(mc, ) (Entered: |

| | | |
|---|---|---|
| | | 09/14/2007) |
| 09/12/2007 | 🌐2 | Certificate of Interested Parties by Ocwen Loan Servicing, LLC, U.S. Bank, N.A. (mc, ) (Entered: 09/14/2007) |
| 09/18/2007 | 🌐3 | SCHEDULING ORDER: Jury Selection set for 6/16/2008 09:30 AM before Honorable Walter S. Smith., Jury Trial set for 6/16/2006 09:30 AM before Honorable Walter S. Smith., ADR Report Deadline due by 11/19/2007., Amended Pleadings due by 3/18/2008., Discovery due by 4/18/2008., Joinder of Parties due by 1/18/2008., Motions due by 4/18/2008. Signed by Judge Walter S. Smith. (mc, ) (Entered: 09/20/2007) |
| 09/18/2007 | 🌐4 | Order Concerning Courtroom Decorum and Trial Procedures. Signed by Judge Walter S. Smith. (mc, ) (Entered: 09/20/2007) |
| 09/26/2007 | 🌐5 | Unopposed MOTION to Stay *Pending MDL Panel Review and Memorandum in Support* by Ocwen Loan Servicing, LLC. (Attachments: # 1 Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Cronenwett, Mark) (Entered: 09/26/2007) |
| 10/02/2007 | 🌐6 | ORDER granting 5 Motion to Stay. Signed by Judge Walter S. Smith. (mc, ) (Entered: 10/02/2007) |
| 11/13/2007 | 🌐7 | CONDITIONAL TRANSFER ORDER (CTO-45) -- these actions are transferred to the Northern District of Illinois, and with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr. Signed by Jeffery N. Luthi, Clerk of the Panel. (mc, ) (Entered: 11/16/2007) |
| 11/13/2007 | 🌐 | (Court only) ***Civil Case Terminated. (mc, ) (Entered: 11/16/2007) |